UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IRVINE DIRK BILLIOT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0722** |
| **STATE OF LOUISIANA** | **SECTION "C"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Irvine Dirk Billiot's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _11th___ day of ____September____, 2014.

_____
**UNITED STATES DISTRICT JUDGE**